IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00503-DME-KLM

PROBUILD HOLDINGS, INC.; and
PROBUILD COMPANY LLC f/k/a PROBUILD EAST LLC,

    Plaintiffs,

    v.

GRANITE STATE INSURANCE COMPANY;
LIBERTY MUTUAL INSURANCE COMPANY;
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY OF NORTH AMERICA;
THE HARTFORD CASUALTY INSURANCE COMPANY;
THE HARTFORD FIRE INSURANCE COMPANY;
CONTINENTAL CASUALTY COMPANY,
FIREMEN'S FUND INSURANCE COMPANY;
ST. PAUL FIRE & MARINE INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PENNSYLVANIA;
EVANSTON INSURANCE COMPANY and
EVEREST NATIONAL INSURANCE COMPANY,

    Defendants.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs ProBuild Holdings, Inc. and ProBuild Company, LLC f/k/a ProBuild East, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss without prejudice all of their claims in this action against the following Defendants:

Granite State Insurance Company;
Travelers Property Casualty Insurance Company of North America;
The Hartford Casualty Insurance Company;
The Hartford Fire Insurance Company;
Continental Casualty Company,
Firemen's Fund Insurance Company;
St. Paul Fire & Marine Insurance Company;

National Union Fire Insurance of Pittsburgh, Pennsylvania;
Evanston Insurance Company; and
Everest National Insurance Company.

Respectfully submitted this 8th day of April, 2010.

                                      "s/David J. Driscoll"
David J. Driscoll
Kenneth R. Morris
Garlin Driscoll Howard, LLC
245 Century Circle, Suite 101
Louisville, CO 80027
Telephone: (303) 926-4222
Facsimile: (303) 926-4224
ddriscoll@gdhlaw.com
kmorris@gdhlaw.com

Matthew L. Jacobs
Kali N. Bracey
Daniel I. Weiner
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
tel. (202) 639-6000
fax (202) 639-6066
mjacobs@jenner.com
kbracey@jenner.com
dweiner@jenner.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of April, 2010, a true and correct copy of the **NOTICE OF DISMISSAL** was electronically field with the Clerk of the Court and served to the following parties using the CM/ECF system:

Marisa Ala
Palumbo Bergstrom LLP
5655 S. Yosemite Street
Suite 201
Greenwood Village, CO 80111
ph: 303-694-0561
fax: 303-779-1176 fax
mala@palumbolawyers.com
**Attorneys for Granite State Insurance Company and National Union Fire Insurance of Pittsburgh, Pennsylvani**

Brian Spano
Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
ph (303) 623-9000
fax (303) 623-9222
bspano@rothgerber.com
**Attorneys for Liberty Mutual Fire Insurance Company**

Leslie Eaton
Ballard Spahr, LLP
1225 17th Street, Suite 2300
Denver, CO 80202
ph (303) 292-2400
fax (303) 296-3956
eaton@ballardsphar.com
**Attorneys for Travelers Property Casualty Insurance Company of North America and St. Paul Fire & Marine Insurance Company**

Michael L. Brooks
Wells Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290-1705
(303) 830-1212 ph
(303) 830-0898 fax
mbrooks@warllc.com
**Attorneys for The Hartford Casualty Insurance Company and The Hartford Fire Insurance Company**

Laurence M. McHeffey
Jane E. Young
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5613 DTC parkway, Suite 1100
Greenwood Village, CO 80111
ph: 303-293-8800
fax: 202-839-0036
**Attorneys for Continental Casualty Company**

Christopher M. Clemenson
Cozen O'Connor
707 17th Street, Suite 3100
Denver, CO 80202
ph: 720-479-3900
fax: 720-479-3890
cclemenson@cozen.com
**Attorneys for Firemen's Fund Insurance Company**

Kyle P. Seedorf
Taylor Anderson
1331 Seventeenth Street, Suite 1050
Denver, CO 80202
Phone:  (303) 551-6653
Fax:     (303) 551- 6655
Kseedorf@talawfirm.com
**Attorneys for Evanston Insurance Company**

Matthew Linton
Ron Nemirow
Kennedy Childs & Fogg
633 17th Street
Suite 2200
Denver, CO 80202-3661
Phone: 303.825.2700
Fax: 303.825.0434
mlinton@kcfpc.com
rnemirow@kcfpc
**Attorneys for Everest National Insurance Company**

"/Margaret Simes/"