IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00503-DME-KLM

PROBUILD HOLDINGS, INC.; and
PROBUILD COMPANY LLC f/k/a PROBUILD EAST LLC,

       Plaintiffs,

v.

GRANITE STATE INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY OF NORTH AMERICA;
THE HARTFORD CASUALTY INSURANCE COMPANY;
THE HARTFORD FIRE INSURANCE COMPANY;
CONTINENTAL CASUALTY COMPANY,
FIREMEN'S FUND INSURANCE COMPANY;
ST. PAUL FIRE & MARINE INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PENNSYLVANIA;
EVANSTON INSURANCE COMPANY and
EVEREST NATIONAL INSURANCE COMPANY,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Notice of Dismissal (doc. #28) and the parties' Stipulation for Dismissal Without Prejudice (doc. #29).  The Court has considered this subject stipulations and believes itself fully advised.

IT IS ORDERED THAT the stipulations of the parties are APPROVED and that this civil action is dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated:     April 16, 2010

                                            BY THE COURT:

                                            *s/ David M. Ebel*
                                            U.S. CIRCUIT JUDGE